## UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                        Crim. No. 5:12-CR-328-1F

VALERIE ANN JAMES

On Wednesday, July 11, 2012, the above named was placed on supervised release for a period of 48 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Respectfully submitted,

/s/Michael C. Brittain
Michael C. Brittain
Senior U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____26_____ day of _____November_____, 2014.

James C. Fox
Senior U.S. District Judge